## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GRAY, IV<br>612 1st Avenue<br>Gallipolis, Ohio 45631 | : | CASE NO. 2:09-CV-868 |
| | : | JUDGE MARBLEY |
| Plaintiff | : | **ENTRY OF DISMISSAL** |
| -vs- | : | |
| VILLAGE OF MIDDLEPORT<br>237 Race Street<br>Middleport, Ohio 45760 | : | |
| and | : | |
| MIDDLEPORT POLICE DEPARTMENT<br>237 Race Street<br>Middleport, Ohio 45760 | : | |
| and | : | |
| PATROLMAN STEVEN KOEBEL,<br>individually and in his capacity as patrolman<br>203 Kineon Drive<br>Gallipolis, Ohio 45631 | : | |
| Defendants | : | |

************

The within cause having been fully compromised, paid and settled, Plaintiff's Complaint may be and the same is hereby dismissed with prejudice to all future filing, without record, at the cost of Defendants.

_____
UNITED STATES DISTRICT COURT JUDGE MARBLEY

**FAULKNER & TEPE** LLP Attorneys at Law
2050 Fourth & Vine Tower • One West Fourth Street • Cincinnati, OH 45202-3606
(513) 421-7500 phone • (513) 421-7502 fax • www.faulkner-tepe.com

*/s/ Alphonse A. Gerhardstein*
_____
ALPHONSE A. GERHARDSTEIN, #0032053
Attorney for Plaintiff
GERHARDSTEIN & BRANCH
432 Walnut Street, Ste. 400
Cincinnati, Ohio 45202
(513) 621-9100

*/s/ Joseph T. Mordino*
_____
JOSEPH T. MORDINO, #0065001
Attorney for Defendant Steven Koebel
FAULKNER & TEPE, LLP
2050 Fourth & Vine Tower
Cincinnati, Ohio 45202
(513) 421-7500

*/s/ Trenton J. Cleland by AAG per auth 7/25/11*
_____
TRENTON J. CLELAND
Attorney for Plaintiff
116 Mulberry Avenue
Pomeroy, Ohio 45769

*/s/ J. Quinn Dorgan by JTM 7/27/11*
_____
J. QUINN DORGAN, #0076780
Atty for Defendant Village of Middleport
WESTON HURD
88 E. Broad Street, Ste. 1750
Columbus, Ohio 43215
(614) 280-0200